AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

U.S. IN CLERKS OFFICE
2004 APR -8 P 2: 19

Charter Communications Entertainment I, LLC

v.

Barbara Romasco

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 04-40040 NMG

TO: (Name and address of defendant)

Barbara Romasco
97 Homeward Avenue
Uxbridge, MA 01569

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_March 25, 2004_

DATE

(BY) DEPUTY CLERK

Joe

AO 440 (Rev. 10/93) Summons in a Civil Action

## Worcester County Sheriff's Office • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

04/02/2004

I hereby certify and return that on 03/31/2004 at 10:30am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to BARBARA ROBERTS, at 47 H.MAYNARD AVE, UXBRIDGE, MA. Fees: Service 30.00, Travel 10.50, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total Fees: $49.50

Deputy Sheriff Joseph F Coggans Jr.

*[signature]*
**Deputy Sheriff**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                     Signature of Server

                                      _____
                                      Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.