UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY -4  P 12: 18

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | |
| Plaintiff, | CIVIL ACTION NO. 04-40040-NMG |
| v. | |
| BARBARA ROMASCO, | |
| Defendant. | |

## MOTION FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT BARBARA ROMASCO

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications, hereby moves this Court for a judgment by default against the Defendant Barbara Romasco (the "Defendant"), in the above-captioned action. In support of its Motion, Plaintiff states that:

1. The Complaint in the above-captioned action was filed in this Court on March 25, 2004;

2. The Defendant was served by Deputy Sheriff Joseph E. Coggans Jr. by leaving a copy of the Summons and Complaint at the abode of the Defendant on March 31, 2004 and by mailing a first class true attested copy to the home of the Defendant on March 31, 2004 pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3. The Defendant failed to file an Appearance in the above-captioned action; and

4. The Defendant failed to file a response to the Complaint, which was due on or before April 30, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the Defendant in this action.

PLAINTIFF - CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By Its Attorneys,

*Christopher Brown (mpd)*
Thomas S. Vangel, BBO# 552386
Christopher L. Brown, BBO# 642688
Murtha Cullina LLP
99 High Street-20th Floor
Boston, MA 02110
(617) 457-4000

Dated: April 30, 2004

265645-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on April 30, 2004 to:

Barbara Romasco
97 Homeward Avenue
Uxbridge, MA 01569

*Christopher Brown*
Christopher L. Brown