UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Charter Communications
Entertainment I, LLC
d/b/a Charter Communications,**
       **Plaintiff,**

                                                                   CIVIL ACTION
                                                                   NO.04- 40040-NMG

      **V.**

**Barbara Romasco,**
       **Defendant,**

**NOTICE OF DEFAULT**

  Upon application of the Plaintiff, Charter Communications Entertainment I, LLC for an order of default for failure of the Defendant, Barbara Romasco, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 21st day of May 2004.

                                                    **TONY ANASTAS, CLERK**

                                                    By:  /s/ Martin Castles
                                                        **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                                                    [ntcdflt.]