UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
OFFICE
2004 JUN 18 P 12: 38
U.S. DISTRICT COURT
DISTRICT OF MASS.

CHARTER COMMUNICATIONS )
ENTERTAINMENT I, LLC d/b/a )
CHARTER COMMUNICATIONS, )
    Plaintiff, )
 )
v. )
 )
 )
BARBARA ROMASCO, )
    Defendant )

CIVIL ACTION NO.
04-40040-NMG

## STIPULATION OF DISMISSAL

Plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications, and defendant, Barbara Romasco, stipulate and agree to dismissal of the complaint against said defendant pursuant to Fed.R.Civ.P. 41(a) with prejudice and without costs to either party.

Plaintiff:

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS

By its Attorneys,

_____
Burton B. Cohen, BBO# 656190
Christopher L. Brown, BBO# 642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
(617) 457-4000

Defendant:

_____
Barbara Romasco

250236-1